SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
HELEN ECKERT, Cal. Bar No. 240531
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:      mscarborough@sheppardmullin.com
            dballard@sheppardmullin.com
            heckert@sheppardmullin.com
            jsiu@sheppardmullin.com

Attorneys for Defendants JAIN IRRIGATION,
INC., JAIN DISTRIBUTION HOLDINGS, INC.,
IRRIGATION DESIGN & CONSTRUCTION,
LLC, and AGRI-VALLEY IRRIGATION, LLC

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NETAFIM IRRIGATION, INC.,<br><br>        Plaintiff,<br><br>      v.<br><br>JAIN IRRIGATION, INC., JAIN DISTRIBUTION HOLDINGS, INC., IRRIGATION DESIGN & CONSTRUCTION, LLC, and AGRI-VALLEY IRRIGATION, LLC,<br><br>        Defendant. | Case No. 1:21-cv-00540-AWI-EPG<br>District Judge Anthony W. Ishii<br>Mag. Judge Erica P. Grosjean<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE**<br><br>**AND**<br><br>**ORDER**<br><br>Complaint Filed: March 29, 2021<br><br>Trial Date:  Not Set |

Plaintiff Netafim Irrigation, Inc. ("Plaintiff") and Defendants Jain Irrigation, Inc., Jain Distribution Holdings, Inc., Irrigation Design & Construction, LLC, and Agri-Valley Irrigation, Inc. (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in the above-captioned matter on March 29, 2021 and served the Complaint on Defendants on April 7, 2021; and

WHEREAS, the parties have met and conferred and mutually agreed to extend the time for Defendants to respond to the Complaint and to a proposed briefing schedule in the event Defendants' response takes the form of a motion;  Defendants' response to the Complaint is due on or before April 28, 2021;

IT IS HEREBY STIPULATED by and between the parties, through their counsel, that:

1.      Defendants shall respond to the Complaint on or before May 12, 2021.

2.      In the event that Defendants' response to the Complaint is in the form of a motion, Plaintiff's opposition to the motion shall be filed on or before June 16, 2021, and Defendants' reply in support of the motion shall be filed on or before June 30, 2021.

The parties jointly and respectfully request that the Court enter this stipulation as an Order of the Court.


Dated:  April 13, 2021

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By      _____
                    /s/ *Dylan I. Ballard*
                 DYLAN I. BALLARD

Attorneys for Defendants JAIN IRRIGATION, INC.,
JAIN DISTRIBUTION HOLDINGS, INC.,
IRRIGATION DESIGN & CONSTRUCTION, LLC,
and AGRI-VALLEY IRRIGATION, LLC

SMRH:4843-7216-4325

1

CLEARY GOTTLIEB STEEN & HAMILTON LLP

2

3                    By         /s/ *Kenneth S. Reinker* (as authorized on 4/13/21)

4                              KENNETH S. REINKER (*pro hac vice*)

5               Attorneys for Plaintiff NETAFIM IRRIGATION, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

Pursuant to the stipulation of the parties (ECF No. 13), IT IS HEREBY ORDERED that:

1.  The deadline for Defendants to respond to the complaint is extended to May 12, 2021; and

2.  If Defendants' response to the complaint is in the form of a motion, Plaintiff's opposition to the motion shall be filed on or before June 16, 2021, and Defendants' reply in support of the motion shall be filed on or before June 30, 2021.

IT IS SO ORDERED.

Dated:   **April 15, 2021**          /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

SMRH:4843-7216-4325

Case No. 1:21-cv-00540-AWI-EPG
JOINT STIPULATION TO EXTEND RESPONSE DEADLINE
AND SET BRIEFING SCHEDULE; ORDER