

**United States District Court**
**Eastern District of California**

FILED
JAN 0 3 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| Netafim Irrigation, Inc. |
|---|

Plaintiff(s)

v.

| Jain Irrigation, Inc., et al. |
|---|

Defendant(s)

Case Number: | 1:21-cv-00540-AWI-EPG |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Gabriel J. Lazarus _____ hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Netafim Irrigation, Inc.

On _____12/30/2019_____ (date), I was admitted to practice and presently in good standing in the
_____District of Columbia Court of Appeals_____ (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date: _____12/28/2021_____        Signature of Applicant: /s/ Gabriel J. Lazarus _____

**Pro Hac Vice Attorney**

Applicant's Name:    Gabriel J. Lazarus

Law Firm Name:    Cleary Gottlieb Steen & Hamilton LLP

Address:    2112 Pennsylvania Avenue NW

City:    Washington    State: D.C.    Zip: 20037

Phone Number w/Area Code: (202) 974-1500

City and State of Residence: Washington, D.C.

Primary E-mail Address: glazarus@cgsh.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:    Kendall H. MacVey

Law Firm Name:    Best Best & Krieger LLP

Address:    P.O. Box 1028

City:    Riverside    State: CA    Zip: 92502

Phone Number w/Area Code: (951) 686-1450    Bar # 57676

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 1/3/22

JUDGE, U.S. DISTRICT COURT