SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
HELEN ECKERT, Cal. Bar No. 240531
JOY O. SIU, Cal. Bar No. 307610
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:    415.434.3947
Email:         mscarborough@sheppardmullin.com
                  dballard@sheppardmullin.com
                  heckert@sheppardmullin.com
                  jsiu@sheppardmullin.com

Attorneys for Defendants JAIN IRRIGATION, INC., JAIN DISTRIBUTION HOLDINGS, INC., IRRIGATION DESIGN & CONSTRUCTION, LLC, and AGRI-VALLEY IRRIGATION, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NETAFIM IRRIGATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JAIN IRRIGATION, INC., JAIN DISTRIBUTION HOLDINGS, INC., IRRIGATION DESIGN & CONSTRUCTION, LLC, and AGRI-VALLEY IRRIGATION, LLC,<br><br>Defendant. | Case No. 1:21-cv-00540-AWI-EPG<br>District Judge Anthony W. Ishii<br>Mag. Judge Erica P. Grosjean<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT AND SET BRIEFING SCHEDULE; ORDER**<br><br>Complaint Filed: March 29, 2021<br>Amended Complaint Filed: January 13, 2022<br><br>Trial Date: Not Set |

Plaintiff Netafim Irrigation, Inc. ("Plaintiff") and Defendants Jain Irrigation, Inc., Jain Distribution Holdings, Inc., Irrigation Design & Construction, LLC, and Agri-Valley Irrigation, LLC (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed an Amended Complaint in the above-captioned matter on January 13, 2022; and

WHEREAS, the parties have met and conferred and mutually agreed to extend the time for Defendants to respond to the Amended Complaint and to set a proposed briefing schedule in the event Defendants' response takes the form of a motion;

IT IS HEREBY STIPULATED by and between the parties, through their counsel, that:

1. Defendants shall respond to the Amended Complaint on or before February 10, 2022.

2. In the event that Defendants' response to the Amended Complaint is in the form of a motion, Defendants shall notice the motion for hearing for April 4, 2022, Plaintiff's opposition to the motion shall be filed on or before March 10, 2022, and Defendants' reply in support of the motion shall be filed on or before March 24, 2022.

Pursuant to Local Rule 143, the parties jointly and respectfully request that the Court enter this stipulation as an Order of the Court.

Dated: January 21, 2022

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ *Dylan I. Ballard*
          DYLAN I. BALLARD

Attorneys for Defendants JAIN IRRIGATION, INC., JAIN DISTRIBUTION HOLDINGS, INC., IRRIGATION DESIGN & CONSTRUCTION, LLC, and AGRI-VALLEY IRRIGATION, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By  */s/ Kenneth S. Reinker* (as authorized 1/21/22)
KENNETH S. REINKER (*pro hac vice*)

Attorneys for Plaintiff NETAFIM IRRIGATION, INC.

**ORDER**

Pursuant to the parties' stipulation (ECF No. 26), IT IS HEREBY ORDERED that:

1. The deadline for Defendants to respond to the First Amended Complaint (ECF No. 25) is extended to February 10, 2022; and

2. If Defendants' response to the First Amended Complaint is in the form of a motion, Defendants shall notice the motion for hearing on April 4, 2022, Plaintiff's opposition shall be filed on or before March 10, 2022, and Defendants' reply shall be filed on or before March 24, 2022.

IT IS SO ORDERED.

Dated: **January 24, 2022**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE