1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETAFIM IRRIGATION, INC., | Case No. 1:21-cv-00540-AWI-EPG |
| Plaintiff, | |
| v. | ORDER REGARDING DISCOVERY RELATED TO PLAINTIFF'S LANHAM ACT CLAIM |
| JAIN IRRIGATION, INC., et al., | |
| Defendants. | |

On February 1, 2022, the Court conducted a status conference with the parties. Counsel Gabriel Lazarus, Kenneth Reinker, and Kendall MacVey appeared on behalf of Plaintiff Netafim Irrigation, Inc. Counsel Dylan Ballard and Michael Scarborough appeared on behalf of Defendants Jain Irrigation, Inc., Jain Distribution Holdings, Inc. Irrigation Design & Construction, LLC, and Agri-Valley Irrigation, LLC. As discussed with the parties at the conference and explained further on the record, the Court hereby orders as follows.

**I.      Initial Disclosures and Discovery Re: Lanham Act Claim**

Discovery is open regarding Plaintiff's Lanham Act claim, subject to the narrow limitations discussed further on the record at the status conference on February 1, 2022. (*See* ECF Nos. 20, 25.) The parties shall complete initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) regarding Plaintiff's Lanham Act claim by **March 21, 2022**.

///

1

## II. Motions and Discovery Disputes

### A. *General Information Regarding Filing Motions*

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California and to keep abreast of any amendments thereto. The Court requires strict compliance with these rules. Sanctions will be imposed for failure to follow the rules as provided in both the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California

The parties are advised that unless prior leave of the Court is obtained before the filing deadline,[1] all moving and opposition briefs or legal memoranda, including joint statements of discovery disputes, filed in civil cases before Magistrate Judge Grosjean, shall not exceed twenty-five (25) pages. Reply briefs by the moving party shall not exceed ten (10) pages. These page limits do not include exhibits. When scheduling motions (other than discovery motions) the parties shall comply with Local Rule 230.

Counsel or *pro se* parties may appear and argue motions by telephone, provided a request to so do is made to Michelle Rooney, Magistrate Judge Grosjean's Courtroom Deputy (unless prior permission has been given by the judge), no later than five (5) court days before the noticed hearing date. Requests can be made by emailing Ms. Rooney at mrooney@caed.uscourts.gov. If the parties are appearing telephonically, each party shall dial 1 (888) 251-2909 and enter access code 1024453.

### B. *Informal Discovery Conference*

In order to file a discovery motion pursuant to Fed. R. Civ. P. 37 or 45, a party must receive permission from the Court following an informal telephonic discovery dispute conference. Non-parties challenging a subpoena under Fed. R. Civ. P. 45 are not required to request an informal conference before filing a motion. A party wishing to schedule such a conference should contact chambers to receive available dates. The Court will schedule the conference as soon as possible, taking into consideration the urgency of the issue.

///

---

[1] Parties may seek leave through a telephonic conference among all parties and the Court, or by short motion.

Prior to the conference, the parties shall simultaneously file an <u>Informal Discovery Dispute Letter Brief</u>, outlining their positions regarding the dispute. Such briefs shall be no longer than three pages single-spaced, and may include up to five pages of exhibits. The parties are also directed to email their briefs to epgorders@caed.uscourts.gov. The Court will provide the date and time the Letter Briefs are due at the time the conference is scheduled.

At the time of conference, the parties shall dial 1 (888) 251-2909 and enter access code 1024453. The Court will not issue a formal ruling at that time. Nevertheless, the Court will attempt to provide guidance to the parties to narrow or dispose of the dispute. If no resolution can be reached without formal motion practice, the Court will authorize the filing of a formal discovery motion.

### C.     *Filing a Discovery Motions*

If a motion is brought pursuant to Fed. R. Civ. P. 37 or 45, after receiving permission from the Court, the parties must prepare and file a Joint Statement re: Discovery Disagreement ("Joint Statement") as required by Local Rule 251.2 In scheduling such motions, Magistrate Judge Grosjean may grant applications for an order shortening time pursuant to Local Rule 144(e). If a party does not obtain an order shortening time, the notice of motion must comply with Local Rule 251.

A Joint Statement, not to exceed twenty-five (25) pages, must be filed seven (7) calendar days before the scheduled hearing date. In addition to filing the Joint Statement electronically, a copy of the Joint Statement in Word format must be sent to Magistrate Judge Grosjean's chambers via email to epgorders@caed.uscourts.gov. Courtesy copies for any pleading in excess of twenty-five pages (25) (including exhibits) shall also be delivered to chambers via US mail, or hand delivery, at the time the Joint Statement is electronically filed. Motions may be removed from the Court's calendar if the Joint Statement is not timely filed, or if courtesy copies are not timely delivered.

### III.     <u>Status Conference</u>

The Court sets a further status conference for **July 11, 2022 at 10:00 AM** in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The parties shall file a joint status report

one full week before the conference. The parties may appear at the conference telephonically with each party directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated:   **February 1, 2022**                   /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE