KENDALL H. MACVEY (State Bar No. 57676)
kendall.macvey@bbklaw.com
GREGG W. KETTLES (State Bar No. 170640)
gregg.kettles@bbklaw.com
WENDY Y. WANG (State Bar No. 228923)
wendy.wang@bbklaw.com
BEST BEST & KRIEGER LLP
P.O. Box 1028
Riverside, CA 92502
(951) 686-1450

KENNETH S. REINKER (pro hac vice)
kreinker@cgsh.com
GABRIEL J. LAZARUS (pro hac vice)
glazarus@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave., NW
Washington, D.C. 20037
(202) 974-1500

Attorneys for Plaintiff,
NETAFIM IRRIGATION, INC.

[Additional counsel for parties on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NETAFIM IRRIGATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAIN IRRIGATION, INC., JAIN DISTRIBUTION HOLDINGS, INC., IRRIGATION DESIGN & CONSTRUCTION, LLC, and AGRI-VALLEY IRRIGATION, LLC, <br><br> Defendants. | Case No. 1:21-cv-00540-AWI-EPG <br> District Judge Anthony W. Ishii <br> Mag. Judge Erica P. Grosjean <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Complaint Filed: March 29, 2021 <br> Amended Complaint Filed: Jan. 13, 2022 <br> Second Amended Complaint Filed: Aug. 5, 2022 <br> Trial Date: Not Set |

Pursuant to Rule 160 (Fed. R. Civ. P. 16), Plaintiff Netafim Irrigation, Inc., and Defendants Jain Irrigation, Inc., Jain Distribution Holdings, Inc., Irrigation Design and Construction, LLC, and Agri-Valley Irrigation, LLC (together, the "Parties") respectfully submit this Joint Notice of Settlement to inform the Court that a settlement has been reached in principle.

Thus, there is no longer any need for the Court to issue a ruling on the pending Motion to Dismiss the Second Amended Complaint, and the Parties request that the Court vacate all pending deadlines and hearings in this matter.

Once the settlement is finalized, the Parties will file an executed Stipulation of Dismissal. The Parties expect to file the dismissal papers within 21 days.

Dated: November 29, 2022                     Respectfully submitted,

By: /s/ Kenneth S. Reinker

KENNETH S. REINKER (PRO HAC VICE)
GABRIEL J. LAZARUS (PRO HAC VICE)
CLEARY GOTTLIEB STEEN & HAMILTON LLP

KENDALL H. MACVEY
GREGG W. KETTLES
WENDY Y. WANG
BEST BEST & KRIEGER LLP

Attorneys for Plaintiff
NETAFIM IRRIGATION, INC.

By: */s/ Michael W. Scarborough*
  (as authorized on 11/29/22)

MICHAEL W. SCARBOROUGH
DYLAN I. BALLARD
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Attorneys for Defendants
JAIN IRRIGATION, INC.,
JAIN DISTRIBUTION HOLDINGS, INC.,
IRRIGATION DESIGN & CONSTRUCTION, LLC, and AGRI-VALLEY IRRIGATION, LLC