UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NETAFIM IRRIGATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAIN IRRIGATION, INC., JAIN DISTRIBUTION HOLDINGS, INC., IRRIGATION DESIGN & CONSTRUCTION, LLC, and AGRI-VALLEY IRRIGATION, LLC, <br><br> Defendants. | Case No. 1:21-cv-00540-AWI-EPG <br> District Judge Anthony W. Ishii <br> Mag. Judge Erica P. Grosjean <br><br> **[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** <br><br> Complaint Filed: March 29, 2021 <br> Amended Complaint Filed: Jan. 13, 2022 <br> Second Amended Complaint Filed: Aug. 5, 2022 <br> Trial Date: Not Set |

On December 20, 2022, the parties filed a joint stipulation for dismissal with prejudice with each party to bear its own attorneys' fees and costs (ECF No. 57).  In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED

Dated:  _____     _____

Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE