UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETAFIM IRRIGATION, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>JAIN IRRIGATION, INC., *et al.*,<br><br>        Defendants. | Case No.  1:21-cv-00540-AWI-EPG<br><br>ORDER RE: STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 57). |

      On December 20, 2022, the parties filed a joint stipulation for dismissal with prejudice and with each party to bear its own attorneys' fees and costs. (ECF No. 57). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated:  **December 21, 2022**                /s/ Erica P. Grosjean
                                                       UNITED STATES MAGISTRATE JUDGE